UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID BOONE,

                                        Plaintiff,                    23-CV-2019 (NRB)

                          -against-                        **ORDER SCHEDULING**
                                                           **SETTLEMENT**
CITY OF NEW YORK et al,                                    **CONFERENCE**

                                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

            The settlement conference in this matter scheduled for August 28, 2024, is

**adjourned to Wednesday, November 20, 2024, at 2:00 p.m.,** in Courtroom 17-A, United

States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's

Standing Order Applicable to Settlement Conferences (located at

https://www.nysd.uscourts.gov/hon-valerie-figueredo).  Pre-conference submissions must be

received by the Court no later than **Wednesday, November 13, 2024.**


            **SO ORDERED.**

DATED:      New York, New York
            August 20, 2024




                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge

                                        The Clerk of Court is respectfully directed
                                        to terminate the motion at ECF No. 36.