UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID BOONE,

                    Plaintiff,

      -against-

CITY OF NEW YORK et al,

                    Defendants.
------------------------------------------------------------------X

23-CV-2019 (NRB)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is rescheduled for **Wednesday, November 20, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **November 13, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
              August 27, 2024

                                                                                           _____  
                                                                                            VALERIE FIGUEREDO  
                                                                                           United States Magistrate Judge